UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 NOV -7 AM 9:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:         DEPUTY

07 MJ 2608

| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO.: |
|---|---|---|
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | Title 18, U.S.C. Section 2113(a) - Bank Robbery |
| STEVE VICTOR CUTHBERTSON, | ) | |
| Defendant | ) | |

The undersigned complainant, being duly sworn, states:

Count 1

On September 15, 2007, within the Southern District of California, defendant STEVE VICTOR CUTHBERTSON did knowingly and willfully commit bank robbery in El Cajon, California. On said date, defendant Cuthbertson entered the Bank of America, 845 North Second Street, El Cajon, California, passed a demand note to the victim teller, and received $4,542.00 from the victim teller before exiting the bank, in violation of Title 18, United States Code, Section 2113(a).

And the complainant states that this complaint is based on the attached probable cause statement incorporated herein by reference.

_____
TODD HEMMEN, Special Agent
Federal Bureau of Investigation

SWORN TO ME AND SUBSCRIBED IN MY PRESENCE THIS 7 DAY OF NOVEMBER 2007.

_____
CATHY ANN BENCIVENGO
United States Magistrate Judge

PROBABLE CAUSE STATEMENT

I declare under penalty of perjury the following statement is true and correct:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI), currently assigned to the San Diego Field Office. The information contained in this probable cause statement is based upon my personal knowledge and on information I have learned from reviewing official reports and speaking with other Special Agents of the FBI, the El Cajon Police Department, and other law enforcement agencies.

2. I submit that there is probable cause to believe that Steve Victor Cuthbertson has committed the offense of bank robbery, a violation of Title 18, Section 2113(a).

3. On September 15, 2007, the Bank of America located at 845 North Second Street, El Cajon, California was robbed. During the robbery, the bank robber passed a handwritten demand note to the victim teller. The note, written on a 3" by 5" yellow Post-It note, read, "Follow these Instructions and everything will be okay I want all your $20, $50, $100 Bills, No Bait Money. Do this quickly" [sic]. The victim teller described the bank robber as a white male in his mid 30's, approximately 5'8" tall, stocky with a large belly, wearing a plain white t-shirt, and having a neatly trimmed mustache and goatee. Surveillance photographs indicated that the robber also wore hiking-style boots during the robbery. The demand note was left at the bank by the robber after the robbery and later collected as evidence by the El Cajon Police Department (ECPD).

4. On October 31, 2007, the ECPD forensic laboratory conducted an examination of the demand note in an effort to identify latent fingerprints. Latent fingerprints were recovered from the demand note and positively matched the known fingerprints of Steve Victor Cuthbertson. Cuthbertson's prints had been taken on December 29, 1997 on an unrelated investigation.

5. On November 5, 2007, I reviewed a missing persons police report taken by the La Mesa Police department on July 22, 2007. Cuthbertson was reported missing by his sister, Stephanie Fortuna, following a five-day absence by Cuthbertson from his parent's residence. Pursuant to the missing person investigation, it was determined that Cuthbertson was staying with his friend Michael Daglio at 1518 Sams Hill, Unit #59, El Cajon, California (residence).

6. On November 6, 2007, officers with the ECPD and I went to the residence. ECPD detective Mark Barber knocked on the door of the residence, and the door was opened by an individual matching the physical description of Cuthbertson. Upon being asked by Detective Barber for his identity, the individual indicated that he was Steve Cuthbertson.

7. Cutherbertson consented to the search of his living area within the residence. During the search, brown boots matching the boots worn by the robber in the September 15, 2007 bank surveillance photographs were found in Cuthbertson's living area. The boots were subsequently seized as evidence.

//

8. Cuthbertson was arrested without incident at the residence and transported to the ECPD for questioning. After being advised of his Miranda rights and questioned, Cuthbertson confessed to robbing the bank.

9. Steve Victor Cuthbertson is described as follows:

```
Name:     Steve Victor Cuthbertson
Sex:      Male
Race:     White
DOB:      September 4, 1968
SSN:      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
Hair:     Black
Eyes:     Brown
Weight:   205 lbs
Height:   5'8"
```

10. I was advised during the course of my investigation that the deposits of the Bank of America, 845 North Second Street, El Cajon, California, were insured by the Federal Deposit Insurance Corporation (FDIC) at the time of the robbery on September 15, 2007. The Bank of America suffered a loss of $4,542.00 as a result of that robbery.

Executed on November 7, 2007, at _____ a.m./p.m.

_____
Todd Hemmen
Special Agent, FBI

On the basis of the facts presented in this probable cause statement, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on September 15, 2007, in violation of Title 18, United States Code, Section 2113(a) (Bank Robbery).

_____                    11/7/07  9:30 a.m.
Cathy Ann Bencivengo                         Date/Time
United States Magistrate Judge