1

**JODI D. THORP**
California State Bar No. 223663
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
jodi_thorp@fd.org

2

3

4

5

6    Attorneys for Defendant Mr. Cuthbertson

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11

| UNITED STATES OF AMERICA, | ) | Case No. 07mj2608 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| STEVE VICTOR CUTHBERTSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

17

18          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

19    Jodi D. Thorp, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the

20    above-captioned case.

                                      Respectfully submitted,

22    Dated:  November 8, 2007              _s/ Jodi D. Thorp_____
                                      JODI D. THORP
23                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Defendant
24                                     jodi_thorp@fd.org

25

26

27

28