FILED
07 NOV 16 PM 2:40

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>                 Plaintiff,           )<br>                                      )<br>        v.                            )<br>                                      )<br>STEVE VICTOR CUTHBERTSON,             )<br>                                      )<br>                 Defendant.           ) | Criminal Case No. '07 CR 3140 BTM<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 2113(a) -<br>Bank Robbery |

The grand jury charges:

On or about September 15, 2007, within the Southern District of California, defendant STEVE VICTOR CUTHBERTSON, by force, violence and by intimidation, did unlawfully take from the person and presence of an employee of Bank of America, 845 North Second Street, El Cajon, California, the sum of approximately $4,542.00, belonging to and in the care, custody, control, management, and possession of Bank of America, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC); in violation of Title 18, United States Code, Section 2113(a).

DATED: November 16, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
PETER J. MAZZA
Assistant U.S. Attorney

PJM:nlv:San Diego
11/15/07