1 **JODI DENISE THORP**
California State Bar No. 223667
2 427 "C" Street, Suite 300
San Diego, California 92101
3 Telephone: (619) 233-3169
Fax: (619) 223-3569
4 email: jodithorp@thorplawoffice.com

5 Attorneys for Steve Cutherbertson

6

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | CASE NO. 07CR3140-BTM |
| 12   Plaintiff, | |
| | DATE: December 21, 2007 |
| 13 v. | |
| | TIME: 1:30 p.m. |
| 14 STEVE CUTHBERTSON | |
| 15   Defendant. | CERTIFICATE OF SERVICE |

17
    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her
18
information and belief, and that a copy of the foregoing document has been served this day upon:
19

20
                            U S Attorney CR
21                        Efile.dkt.gc2@usdoj.gov

22

23 DATED:    December 20, 2007         /s/ Jodi D. Thorp
                                       JODI D. THORP
24                                     Attorneys for Mr. Cuthbertson

25

26

27

28