1   **JODI DENISE THORP**
    California State Bar No. 223667
2   427 "C" Street, Suite 300
    San Diego, California 92101
3   Telephone: (619) 233-3169 x 14
    Fax: (619) 223-3569
4   email: jodithorp@thorplawoffice.com

5   Attorneys for Steve Cutherbertson

6

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10               **(HONORABLE BARRY TED MOSKOWITZ)**

11   UNITED STATES OF AMERICA,     )     CASE NO. 07CR3140-BTM
                               )
12     Plaintiff,                   )
                               )     DATE: December 21, 2007
13   v.                       )
                               )     TIME: 1:30 p.m.
14   STEVE CUTHBERTSON          )
                               )
15     Defendant.             )
                               )
16                              )     **JOINT MOTION TO CONTINUE**
                             )     **MOTION HEARING**
17                              )

18

19

20

21

22

23

24

25

26

27

28

1       Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**,

2  Jodi Denise Thorp, counsel for Steve Cuthbertson, along with Assistant United States Attorney Peter Mazza,

3  that the motion hearing currently scheduled for December 21, 2007 be rescheduled to **Friday, January 18,**

4  **2008, at 1:30 p.m.**

5       **IT IS SO STIPULATED.**

6  DATED:     December 20, 2007     /s/ Jodi Denise Thorp

     **JODI DENISETHORP**

7       Federal Defenders of San Diego, Inc.

     Attorneys for Bernardino Arevalo Luna

8

9  DATED:     December 20, 2007     /s/ Peter Mazza

     **PETER MAZZA**

10      Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28