1  **JODI DENISE THORP**
   California State Bar No. 223667
2  427 "C" Street, Suite 300
   San Diego, California 92101
3  Telephone: (619) 233-3169
   Fax: (619) 223-3569
4  email: jodithorp@thorplawoffice.com

5  Attorneys for Steve Cutherbertson

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE BARRY TED MOSKOWITZ)**

11 | UNITED STATES OF AMERICA,        )    CASE NO. 07CR3140-BTM
                                      )
12 |        Plaintiff,                )
                                      )    DATE: December 21, 2007
13 | v.                               )
                                      )    TIME: 1:30 p.m.
14 | STEVE CUTHBERTSON                )
                                      )
15 |        Defendant.                )    CERTIFICATE OF SERVICE
                                      )
16                                    )
   |_____   )    _____
17
            Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her
18
   information and belief, and that a copy of the foregoing document has been served this day upon:
19

20
                              U S Attorney CR
21                          Efile.dkt.gc2@usdoj.gov

22

23 | DATED:      December 20, 2007           /s/ Jodi D. Thorp
                                             JODI D. THORP
24                                           Attorneys for Mr. Cuthbertson

25

26

27

28