1  JODI D. THORP
   California Bar No. 223663
2  427 "C" Street, Suite 300
   San Diego, California  92101
3  Telephone:  (619) 233-3169
   jodithorp@thorplawoffice.com
4

5  Attorneys for Mr. Cuthbertson

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE BARRY TED MOSKOWITZ)**

11 UNITED STATES OF AMERICA,           )    Criminal No.   07CR3140 BTM
                                       )
12                    Plaintiff,       )
                                       )
13 v.                                  )
                                       )
14 **STEVE CUTHBERTSON**,              )
                                       )    **ACKNOWLEDGMENT OF**
15 _____ )    **NEXT COURT DATE**
                      Defendant.       )
16 _____ )

17

18      I, Steve Cuthbertson, hereby acknowledge that my next court date to appear before the United

19 States District Court for the Southern District of California is now January 18, 2008, at 1:30 p.m.

20      I declare that the foregoing is true and correct.

21

22 DATED: _____         _____

23                                        Steve Cuthbertson, Defendant

24

25

26

27

28

                                        1