JODI D. THORP
California Bar No. 223663
427 "C" Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169
jodithorp@thorplawoffice.com

Attorneys for Mr. Cuthbertson

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.  07CR3140 BTM |
| Plaintiff, | ) | |
| v. | ) | |
| STEVE CUTHBERTSON, | ) | **ACKNOWLEDGMENT OF** |
| Defendant. | ) | **NEXT COURT DATE** |

I, Steve Cuthbertson, hereby acknowledge that my next court date to appear before the United States District Court for the Southern District of California is now January 18, 2008, at 1:30 p.m.

I declare that the foregoing is true and correct.

DATED: 12-19-07                                     _____
                                                                    Steve Cuthbertson, Defendant

1