|   |   |
|---|---|
| 1 |   |
| 2 |   |
| ... |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3140-BTM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| **STEVE CUTHBERTSON**, | ) | ORDER |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** upon joint motion of all the parties, that the motion hearing currently set for December 21, 2007, be continued to January 18, 2008, at 1:30 p.m.

**SO ORDERED.**

DATED: December 21, 2007

*/s/ Barry Ted Moskowitz*
Honorable Barry Ted Moskowitz
United States District Judge