1  KAREN P. HEWITT
   United States Attorney
2  PETER J. MAZZA
   Assistant U.S. Attorney
3  California State Bar No. 239918
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone: (619) 557-75528
   Peter.Mazza@usdoj.gov
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8

9                   UNITED STATES DISTRICT COURT

10                 SOUTHERN DISTRICT OF CALIFORNIA

11
   UNITED STATES OF AMERICA,    )   CASE NO.  07CR3140-BTM
12                              )
                                )   DATE:      January 18, 2008
13            Plaintiff,        )   TIME:      1:30 p.m.
                                )
14                              )   GOVERNMENT'S NOTICE OF MOTIONS AND
        v.                      )   MOTIONS FOR RECIPROCAL DISCOVERY AND
15                              )   TO COMPEL FINGERPRINT EXEMPLARS
                                )
16 STEVE VICTOR CUTHBERTSON,    )
                                )
17                              )
            Defendant.          )
18 _____  )

19
                          NOTICE OF MOTION
20
        TO:  Jodi Thorp, Esq., counsel for Defendant, Steve Victor
21           Cuthbertson

22
        PLEASE TAKE NOTICE  that on January 18, 2008, at 1:30 p.m., or
23
   as soon thereafter as counsel may be heard, plaintiff, UNITED STATES
24
   OF AMERICA, by and through its counsel, Karen P. Hewitt, United
25
   States Attorney, and Peter J. Mazza, Assistant United States
26
   Attorney, will move the court for an order granting the Government's
27
   Motion for Reciprocal Discovery and Motion to Compel Fingerprint
28
   Exemplars.

1

<u>MOTION</u>

2  COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and

3  through its counsel, KAREN P. HEWITT, United States Attorney, and

4  Peter J. Mazza, Assistant United States Attorney, will hereby move

5  the court for an order granting the Government's Motion for

6  Reciprocal Discovery and Motion to Compel Fingerprint Exemplars.

7  DATED:    January 5, 2008.

Respectfully submitted,
8  KAREN P. HEWITT
United States Attorney

9

10

11                      <u>/s/ Peter J. Mazza</u>
PETER J. MAZZA
12                      Assistant United States Attorney
Attorneys for Plaintiff
13                      United States of America
Email: Peter.Mazza@usdoj.gov
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28