1  **JODI D. THORP**
   California State Bar No. 223663
2  427 C Street Suite 300
   San Diego, CA 92101
3  Telephone: (619) 233-3169 x 14
   Facsimile:  (619) 684-3569
4  jodithorp@thorplawoffice.com

5

   Attorneys for Mr. Cuthbertson
6

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9
                     (HONORABLE LEO S. PAPAS)
10

11 UNITED STATES OF AMERICA,        )  CASE NO.   07CR3140-BTM
                                    )             07MJ2608
               Plaintiff,           )
12                                  )  **MOTION FOR MODIFICATION OF TERMS**
   v.                               )  **AND CONDITIONS OF PRE-TRIAL RELEASE**
13                                  )
   **STEVE VICTOR CUTHBERTSON**,    )
14                                  )
                                    )
15             Defendant.           )

16

17 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
         PETER MAZZA, ASSISTANT UNITED STATES ATTORNEY
18

19     Steve Cuthbertson, the accused, by and through his counsel, Jodi Denise Thorp, moves for

20 modification of the terms and conditions of his pre-trial release to permit Mr. Cuthbertson to travel to the

21 Northern District of California as directed by Pre-Trial Services.

22     The Assistant United States Attorney and the U.S. Pre-Trial Services Department have no objection

23 to the proposed modification.  Mr. Cuthbertson has attached an agreement to this modification signed by

24 both sureties.

25                                           /s/   JODI D. THORP
   Dated: January 7, 2008                   JODI D. THORP
26                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Mr. Cuthbertson
27

28

                                                                           07CR3140-BTM