**JODI DENISE THORP**
California State Bar No. 223667
427 "C" Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169
Fax: (619) 223-3569
email: jodithorp@thorplawoffice.com

Attorneys for Steve Cutherbertson

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LEO S. PAPAS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR3140-BTM |
| Plaintiff, ) | |
| v. ) | |
| STEVE CUTHBERTSON ) | |
| Defendant. ) | CERTIFICATE OF SERVICE |

        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorney CR
Efile.dkt.gc2@usdoj.gov

DATED:    January 7, 2007        /s/ Jodi D. Thorp
                                 JODI D. THORP
                                 Counsel for Mr. Cuthbertson