JODI DENISE THORP
California Bar No. 223663
427 "C" Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169 x 14
jodithorp@thorplawoffice.com

Counsel for Mr. Cuthbertson

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 07CR3140-BTM |
| Plaintiff, ) | |
| v. ) | |
| STEVE CUTHBERTSON, ) | **AGREEMENT OF SURETIES TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| Defendant. ) | |

We, the sureties for Steve Cuthbertson, agree to the modification of his pretrial release conditions to allow him to travel to the Northern District of California. We understand that Mr. Cuthbertson is required to inform the pre-trial services officer of his dates of travel and address where he will be staying.

Dated: 1-3-08

*/s/ Rolf Cuthbertson*
Rolf Cuthbertson
Surety

Dated: 1/3/08

*/s/ Gloria Cuthbertson*
Gloria Cuthbertson
Surety