**FILED**
JAN 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LEO S. PAPAS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3140-BTM |
| | ) | 07MJ2608 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STEVE CUTHBERTSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the pretrial release conditions for Mr. Cuthbertson be modified to permit Mr. Cuthbertson to travel to the Northern District of California as directed by Pre-Trial Services. Mr. Cuthbertson must inform the pre-trial services officer prior to leaving the Southern District of California and must contact the pretrial services officer upon return to the Southern District of California.

**SO ORDERED.**

Dated: 1/8/08

_____
LEO S. PAPAS
United States Magistrate Court Judge