**JODI DENISE THORP**
California State Bar No. 223667
427 "C" Street, Suite 300
San Diego, California  92101
Telephone:  (619) 233-3169 x 14
Fax: (619) 684-3569
email: jodithorp@thorplawoffice.com

Attorneys for Steve Cutherbertson

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR3140-BTM |
|   Plaintiff, ) | |
| v. ) | DATE: June 6, 2008 |
| ) | TIME: 8:30 a.m. |
| STEVE CUTHBERTSON ) | |
|   Defendant. ) | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |

Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Jodi D. Thorp, counsel for Steve Cuthbertson, along with Assistant United States Attorney Peter Mazza, that the sentencing hearing currently scheduled for June 6, 2008,  be rescheduled to **Wednesday, July 2, 2008, at 10:30 a.m.**

**IT IS SO STIPULATED.**

DATED:     June 3, 2008          /s/ Jodi Denise Thorp
                                 **JODI DENISETHORP**
                                 Counsel for Mr. Cuthbertson

DATED:     June 3, 2008          /s/ Peter Mazza
                                 **PETER MAZZA**
                                 Assistant United States Attorney