1 **JODI DENISE THORP**
California State Bar No. 223667
2 427 "C" Street, Suite 300
San Diego, California 92101
3 Telephone: (619) 233-3169
Fax: (619) 684-3569
4 email: jodithorp@thorplawoffice.com

5 Attorneys for Steve Cuthbertson

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE BARRY TED MOSKOWITZ)**

11 UNITED STATES OF AMERICA,        )    CASE NO. 07CR3140-BTM
                                    )
12        Plaintiff,                )
                                    )    DATE: June 6, 2008
13 v.                               )
                                    )    TIME: 8:30 a.m.
14 STEVE CUTHBERTSON                )
                                    )
15        Defendant.                )    CERTIFICATE OF SERVICE
                                    )
16                                  )
   _____ )

17
        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her
18
   information and belief, and that a copy of the foregoing document has been served this day upon:
19

20
                            U S Attorney CR
21                       Efile.dkt.gc2@usdoj.gov

22

23 DATED:    June 6, 2008             /s/ Jodi D. Thorp
                                      JODI D. THORP
24                                    Counsel for Mr. Cuthbertson

25

26

27

28