UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR3140-BTM |
| Plaintiff, ) | |
| v. ) | |
| STEVE CUTHBERTSON, ) | ORDER TO CONTINUE |
| Defendant. ) | |

IT IS HEREBY ORDERED upon joint motion of all the parties, that the sentencing hearing currently set for June 6, 2008, be continued to July 2, 2008 @ 10:30 a.m.

SO ORDERED.

DATED: June 3, 2008

*/s/ Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge