**JODI DENISE THORP**
California State Bar No. 223667
427 "C" Street, Suite 300
San Diego, California  92101
Telephone:  (619) 233-3169 x 14
Fax: (619) 684-3569
email: jodithorp@thorplawoffice.com

Attorneys for Steve Cutherbertson

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3140-BTM |
| Plaintiff, | ) | |
| | ) | DATE: August 15, 2008 |
| v. | ) | |
| | ) | TIME: 2:00 p.m. |
| STEVE CUTHBERTSON | ) | |
| Defendant. | ) | |
| | ) | **JOINT MOTION TO CONTINUE SELF SURRENDER DATE AND BOND EXONERATION HEARING** |

Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Jodi D. Thorp, counsel for Steve Cuthbertson, along with Assistant United States Attorney Peter Mazza, that the self-surrender date for Steve Cuthbertson be continued to September 19, 2008, before 12:00 p.m.  It is further agreed between the parties that the bond exoneration hearing be rescheduled to **Friday, September 19, 2008, at 2:00 p.m.**

**IT IS SO STIPULATED.**

DATED:      August 13, 2008                /s/ Jodi Denise Thorp
                                            **JODI DENISETHORP**
                                            Counsel for Mr. Cuthbertson

DATED:      August 13, 2008                /s/ Peter Mazza
                                            **PETER MAZZA**
                                            Assistant United States Attorney