1 **JODI DENISE THORP**
California State Bar No. 223667
2 427 "C" Street, Suite 300
San Diego, California 92101
3 Telephone: (619) 233-3169
Fax: (619) 684-3569
4 email: jodithorp@thorplawoffice.com

5 Attorneys for Steve Cuthbertson

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3140-BTM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | DATE: August 15, 2008 |
| v. | ) | |
| | ) | TIME: 2:00 p.m. |
| STEVE CUTHBERTSON | ) | |
| | ) | |
| Defendant. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorney CR
Efile.dkt.gc2@usdoj.gov

DATED:    August 13, 2008                /s/ Jodi D. Thorp
                                          JODI D. THORP
                                          Counsel for Mr. Cuthbertson