UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3140-BTM |
| Plaintiff, | ) | |
| v. | ) | |
| **STEVE CUTHBERTSON**, | ) | ORDER |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** upon joint motion of all the parties, that the bond exoneration hearing currently set for August 15, 2008, be continued to September 19, 2008 @ 2:30 p.m.

IT IS FURTHER ORDERED that Steve Cuthbertson self-surrender before September 19, 2008, at 12:00 p.m.

**SO ORDERED.**

DATED: August 14, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge